UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY MOSLEY, JR.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

File No: 1:10-cv-617

HON. ROBERT HOLMES BELL

**MEMORANDUM OPINION AND ORDER ADOPTING
MAGISTRATE'S REPORT AND RECOMMENDATION**

On June 9, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation (Dkt. No. 17, "R&R") in this social security action recommending that Plaintiff's motion for remand be denied and that the Commissioner of Social Security's decision be affirmed.  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the June 9, 2011, R&R (Dkt. No. 17) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to remand this case is **DENIED**.

**IT IS FURTHER ORDERED** that the decision by the Commissioner of Social Security is **AFFIRMED**.

Dated: July 12, 2011                                    /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE